**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

CASE NO: 12-07024-JW

## ORDER OF DISMISSAL FOR NON-COMPLIANCE

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**02/11/2014**



*John E. Waites*
US Bankruptcy Judge   ©
District of South Carolina

Entered: 02/11/2014

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>KAREN R. HUGGINS<br><br><br><br><br><br>Debtor | CASE NO: 12-07024-JW<br><br>(CHAPTER 13)<br><br>**ORDER OF DISMISSAL FOR FAILURE TO MAKE PAYMENTS PURSUANT TO SETTLEMENT AGREEMENT AND NON-COMPLIANCE WITH PRIOR P-III ORDER OF THE COURT** |

This matter comes before the court upon the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Make Payments Pursuant to the Settlement Agreement and Prior P-III Order of the Court. Pursuant to the October 08, 2013, P-III Order of this Court approving a settlement agreement between the Trustee and the Debtor, the Debtor agreed to make certain payments within a certain time period in exchange for not having the within Chapter 13 case dismissed and upon the failure of the Debtor to make those payments in the amount and within the time period reflected in the settlement agreement, the case would be dismissed upon written request of the Trustee, without further notice or hearing.

It now appears that the Debtor Has failed to make the payments pursuant to the settlement agreement and therefore pursuant to the Court's prior P-III Order, this case is hereby dismissed.

**AND IT IS SO ORDERED.**

Dated: <u>February 10, 2014</u>

PHILIP L FAIRBANKS ESQ
1214 KING ST
BEAUFORT, SC  29902-4934